C. A. POWER PLANING MILL

*v.*

STATE OF ILLINOIS.

*Opinion filed April 18, 1923.*

SUPPLIES—*State liable therefor.* The State is liable for supplies purchased by the Department of Public Health.

Edward J. Brundage, Attorney General, for State.

The Attorney General consenting to this claim for $3.30 for lumber purchased by Department of Public Health and approved by said department. An award is allowed to claimant in the sum of three dollars and thirty cents.